# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00492-CR

**Nora Lee Lopez, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-21-302187, THE HONORABLE CHANTAL ELDRIDGE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Nora Lee Lopez has filed Appellant's Motion to Dismiss Appeal asserting that she no longer wishes to pursue this appeal. The motion was filed and signed consistent with the requirements of Texas Rule of Appellate Procedure 42.2 concerning voluntary dismissal in criminal cases. We grant the motion and dismiss the appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed: September 19, 2024

Do Not Publish